UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Joseph Lee McFadden, # 346693, | ) C/A No. 5:12-1486-TLW-KDW |
|---|---|
| Petitioner, | ) |
| v. | ) ORDER |
| Warden, Ridgeland Correctional Institution, | ) |
| Respondent. | ) |

This is an action seeking habeas corpus relief under 28 U.S.C. § 2254. Petitioner is a prisoner. Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to district court). Under Local Rule 73.02(B)(2), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By Order dated June 13, 2012 (ECF No. 10), Petitioner was given a specific time frame in which to bring this case into proper form. Petitioner has complied with the court's Order, and this case is now in proper form.

Petitioner paid the full filing fee (Receipt No. SCX400007807).

**TO THE CLERK OF COURT**:

The Clerk of Court shall not serve the § 2254 Petition upon Respondent because the Petition is subject to dismissal.

IT IS SO ORDERED.

October 9, 2012  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge