AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Joseph Lee McFadden | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Warden of Ridgeland Correctional Institution | ) |
| *Defendant* | ) |

Civil Action No.:    5:12-cv-1486-TLW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■  other: This petition is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge. The Court accepts the Report and
Recommendations of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:   December 11, 2012

*CLERK OF COURT*

s/Debbie Stokes_____
Deputy Clerk